# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 MJ 12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| LLOYD TEESATESKIE, JR. ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, pursuant to a motion (#4) filed by Raquel K. Wilson, Assistant Federal Defendant to withdraw as counsel of record and for the appointment of substitute counsel for the defendant. It appearing to the court from the motion filed by defendant's counsel that good cause has been shown for the granting of said motion and that Ms. Wilson has made arrangements for the appointment of attorney Tony Rollman to represent the defendant.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion (#4) of Raquel K. Wilson is hereby **ALLOWED** and Raquel K. Wilson is hereby allowed to withdraw as the attorney for the defendant in this matter and it is **ORDERED** that attorney Tony Rollman of Asheville, NC be appointed as substitute counsel for the defendant.

Signed: May 2, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge